UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

FRANK SENIOR, ON BEHALF OF HIMSELF   :   <u>ECF CASE</u>
AND ALL OTHER PERSONS SIMILARLY   :
SITUATED,   :
  :
                  Plaintiffs,   :   No.: 1:25-cv-04830
  :
        v.   :
  :
ETHEL M. CHOCOLATES, LLC,   :
  :
              Defendant.   :
  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF SETTLEMENT

To The Honorable Court:

The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      September 25, 2025            Respectfully Submitted,

           **GOTTLIEB & ASSOCIATES PLLC**
           <u>/s/ Dana L. Gottlieb</u>
           Dana L. Gottlieb, Esq.

           Dana L. Gottlieb (DG-6151)
           Jeffrey M. Gottlieb (JG-7905)
           Michael A. LaBollita (ML-9985)
           GOTTLIEB & ASSOCIATES PLLC
           150 East 18th Street, Suite PHR
           New York, New York 10003
           Tel: 212.228.9795
           Fax: 212.982.6284
           Jeffrey@Gottlieb.legal
           Dana@Gottlieb.legal
           Michael@Gottlieb.legal
           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge