UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

FRANK SENIOR, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

                v.

ETHEL M. CHOCOLATES, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

No.: 1:25-cv-04830-JPO

**NOTICE OF VOLUNTARY
DISMISSAL**

     Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, ETHEL M. CHOCOLATES, LLC.

Dated:   New York, New York
         November 10, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Dana L. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
      J. PAUL OETKEN
   United States District Judge

                           1/16/2026